USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANDRA WALSH, individually and on behalf of all others similarly situated,

            Plaintiff,

v.

CITIGROUP INC., CHARLES PRINCE, ROBERT E. RUBIN, C. MICHAEL ARMSTRONG, ALAIN J.P. BELDA, GEORGE DAVID, KENNETH T. DERR, JOHN M. DEUTCH, ROBERTO HERNANDEZ RAMIREZ, ANDREW N. LIVERIS, ANN MULCAHY, RICHARD D. PARSONS, JUDITH RODIN, ROBERT L. RYAN, FRANKLIN A. THOMAS, ANN DIBBLE JORDAN, KLAUS KLEINFELD, DUDLEY C. MECUM, THE PLANS ADMINISTRATIVE COMMITTEE OF CITIGROUP INC., THE 401(k) INVESTMENT COMMITTEE, and JOHN AND JANE DOES 1-20,

            Defendants.

No. 08 Civ. 6177 (SHS)

ECF Case

---

### STIPULATION AND [PROPOSED] ORDER GOVERNING ACCEPTANCE OF SERVICE OF PROCESS AND EXTENDING TIME FOR DEFENDANTS TO ANSWER, MOVE AGAINST, OR OTHERWISE RESPOND TO THE COMPLAINT

WHEREAS the Complaint in the above-captioned action (the "Action") was filed on or about July 7, 2008;

WHEREAS the Complaint raises similar allegations under ERISA as thirteen actions previously filed in this District, the first-filed of which is captioned *Gray v. Citigroup Inc., et al.*, No. 07 Civ. 9790 (SHS), that have been consolidated by order of the Court (the "Consolidated Actions");

WHEREAS the parties to the Action agree that the Action should be consolidated with the Consolidated Actions;

1

WHEREAS there have been no previous requests for an extension of time to answer, move against, or otherwise respond to the Complaint;

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for the parties that Paul, Weiss, Rifkind, Wharton & Garrison LLP accepts service in the Action on behalf of all of the above-named defendants.

IT IS FURTHER STIPULATED AND AGREED that if the Action is consolidated with the Consolidated Actions, then Defendants need not answer, move against, or otherwise respond to the Complaint and will answer, move against, or otherwise respond to the consolidated amended complaint in the Consolidated Actions on a schedule set by the Court; and

IT IS FURTHER STIPULATED AND AGREED that if the Action is not consolidated with the Consolidated Actions, then Defendants' time to answer, move against, or otherwise respond to the Complaint is extended to the later of (i) the time a response is due to the consolidated amended complaint in the Consolidated Actions, and (ii) 30 days after Plaintiff's counsel notifies Defendants' counsel in writing that a response is due.

IT IS FURTHER STIPULATED AND AGREED that nothing herein shall be deemed to constitute a waiver of any defenses in this action. Defendants reserve all arguments and defenses in the Actions.

08 Civ. 6177 (SHS)

Dated: August 8, 2008
New York, New York

          PAUL, WEISS, RIFKIND, WHARTON &
          GARRISON LLP

          By: _____
              Brad S. Karp (bkarp@paulweiss.com)
              Lewis R. Clayton (lclayton@paulweiss.com)

          1285 Avenue of the Americas
          New York, New York 10019-6064
          Tel.  (212) 373-3000
          Fax  (212) 757-3980

          WACHTELL, LIPTON, ROSEN & KATZ

          By: _____
              Lawrence B. Pedowitz (lbpedowitz@wlrk.com)
              George T. Conway (gtconway@wlrk.com)
              Jonathan M. Moses (jmmoses@wlrk.com)
              John F. Lynch (jlynch@wlrk.com)

          51 West 52nd Street
          New York, New York 10019-6150
          Tel.  (212) 403-1000
          Fax  (212) 403-2000

          *Attorneys for Defendants*

          SQUITIERI & FEARON, LLP

          By: _____  8/7/08
              Stephen J. Fearon, Jr. (stephen@sfclasslaw.com)

          32 East 57th Street, 12th Floor
          New York, New York 10022
          Tel.  (212) 421-6492
          Fax  (212) 421-6553

          *Attorneys for Plaintiff Sandra Walsh*

SO ORDERED 8/11/08

_____
SIDNEY H. STEIN
U.S.D.J.